**[This opinion has been published in *Ohio Official Reports* at 71 Ohio St.3d 654.]**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE, *v*. REINHART, ADMR., ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *State Farm Mut. Auto. Ins. Co. v. Reinhart*, 1995-Ohio-170.]

*Insurance—Insurer fails to exercise good faith in the processing of a claim of its insured, when.*

(No. 94-2173—Submitted February 21, 1995—Decided April 5, 1995.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Seneca County, Nos. 13-93-37 and 13-93-38.

—————————

*Hamilton, Kramer, Myers & Cheek* and *James R. Gallagher*, for appellant and cross-appellee.

*Luigia Tenuta*, for appellees and cross-appellants.

—————————

{¶ 1} The discretionary appeal is not allowed, but the discretionary cross-appeal is allowed. The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Zoppo v. Homestead Ins. Co.,* (1994), 71 Ohio St.3d 552, 644 N.E.2d 397.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

Wright, J., dissents for the reasons stated in his dissenting opinion in *Zoppo v. Homestead Ins. Co*. (1994), 71 Ohio St.3d 552, 559-262, 644 N.E.2d 397, 402-404.

—————————